AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Anthony C. Davis, | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No.    3:21-cv-00104-JFA |
| Deputy Solicitor Brett Perry *Former Deputy Solicitor, Current Attorney*; Lt. Brad Lawson *Lt. of Kershaw County Narcotics*; Investigator Justin Spivey *Inv. of KCSO Narcotics*; Investigator Young *Inv. KCSO, Narcotics*; Magistrate Roderick Todd *Chief Magistrate of Kershaw County*; Magistrate James Davis *Magistrate of Kershaw County*; Attorney Deborah Butcher *Camden Law Firm*, | |
| *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Anthony C. Davis, shall take nothing of the defendants, Deputy Solicitor Brett Perry *Former Deputy Solicitor, Current Attorney*, Lt. Brad Lawson *Lt. of Kershaw County Narcotics*, Investigator Justin Spivey *Inv. of KCSO Narcotics*, Investigator Young *Inv. KCSO, Narcotics*, Magistrate Roderick Todd *Chief Magistrate of Kershaw County*, Magistrate James Davis *Magistrate of Kershaw County* and Attorney Deborah Butcher *Camden Law Firm* and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   March 8, 2021                                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/L. Baker

                                                                                      *Signature of Clerk or Deputy Clerk*